UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARLOS RUIZ,

           Petitioner,

   v.

MELISSA ANDREWJESKI,

           Respondent.

Case No. C23-5312-JCC

ORDER

The Court, having reviewed the record, and the Report and Recommendation ("R&R") of United States Magistrate Judge Theresa L. Fricke, does hereby ORDER:

(1) The Court ADOPTS the R&R;

(2) Petitioner's federal habeas corpus petition is DISMISSED with prejudice;

(3) A certificate of appealability is DENIED in this case; and

(4) The Clerk is DIRECTED to send copies of this order to the parties and Judge Fricke.

DATED this 29th day of December 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C23-5312-JCC
PAGE - 1